UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TWYLA LINDSEY PLAINTIFF

V. CIVIL ACTION NO. 3:26-CV-752-CWR-ASH

SUNUP INVESTING, LLC, ET AL. DEFENDANT

ORDER

Plaintiff Twyla Lindsey filed this lawsuit on September 16, 2026. She is represented by counsel but has not paid the filing fee. Rather, her complaint was accompanied by a Motion for Leave to Proceed in Forma Pauperis (IFP) [2]. Plaintiff submitted AO 240, the short-form IFP application. Having examined it, the Court has determined that more information is required to accurately assess Plaintiff's eligibility to proceed IFP.

IT IS, THEREFORE, ORDERED that on or before October 1, 2026, Plaintiff shall file a completed long-form application to proceed in forma pauperis, a blank copy of which is attached to this Order. Each section of the form must be completed legibly and in full; Plaintiff should leave no sections or boxes blank. If the answer to a question is "0," "none," or "not applicable (N/A)," Plaintiff should write that response. Plaintiff shall also expressly address the reasons why she believes she is entitled to proceed IFP in light of her ability to engage counsel.

IT IS FURTHER ORDERED that if Plaintiff fails to submit the completed form as directed by October 1, 2026, her Motion for Leave to Proceed in Forma Pauperis [2] may be denied without further notice.

**SO ORDERED AND ADJUDGED** this the 17th day of September, 2026.

s/ *Andrew S. Harris*

UNITED STATES MAGISTRATE JUDGE